

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-15-1997

# In Re: Dorsainvil

Precedential or Non-Precedential:

Docket 96-8074

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"In Re: Dorsainvil" (1997). *1997 Decisions.* Paper 193.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/193

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

iled August 15, 1997

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 96-8074

IN RE: OCSULIS DORSAINVIL,

Petitioner

On Appeal from the United States District Court
for the Middle District of Pennsylvania

Before: SLOVITER, Chief Judge,
STAPLETON and COWEN, Circuit Judges

**ORDER AMENDING OPINION**

IS ORDERED that the slip opinion in the above case, filed July 23, 1997, be amended by the addition of the following footnote referenced by an asterisk after the word "court." on page 2, line 8 from the bottom:

*. The court expresses its appreciation to counsel for the petitioner for serving as volunteers at the request of the court to brief and argue this matter, which is in the highest tradition of service by members of the profession.

By the Court

/s/ Dolores K. Sloviter
Chief Judge

Dated: **August 15, 1997**